**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7205**

UNITED STATES OF AMERICA,

                  Plaintiff - Appellee,

        v.

DARWIN LEWIS TURNER, a/k/a Abbey,

                  Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (5:06-cr-00001-RLV-DCK-2)

Submitted:  October 11, 2012          Decided:  October 16, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darwin Lewis Turner, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Gretchen C. F. Shappert, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darwin Lewis Turner appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Turner, No. 5:06-cr-00001-RLV-DCK-2 (W.D.N.C. July 3, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED